# EXHIBIT 66

TROUTMAN SANDERS
Taxicab Medallions
ADORDERNUMBER: 0001065562-01
PO NUMBER: Taxicab Medallions
AMOUNT: 648.00
NO OF AFFIDAVITS: 1

# Chicago Sun-Times
# Certificate of Publication

State of Illinois - County of     Cook

Chicago Sun-Times, does hereby certify it has published the attached advertisments in the following secular newspapers. All newspapers meet Illinois Compiled Statue requirements for publication of Notices per Chapter 715 ILCS 5/0.01 et seq. R.S. 1874, P728 Sec 1, EFF. July 1, 1874. Amended by Laws 1959, P1494, EFF. July 17, 1959. Formerly Ill. Rev. Stat. 1991, CH100, Pl.
Note: Notice appeared in the following checked positions.
**PUBLICATION DATE(S):** 07/25/2018

Chicago Sun-Times

IN WITNESS WHEREOF, the undersigned, being duly authorized, has caused this Certificate to be signed

by

*[signature]*

Mary Lou Davis
Account Manager - Public Legal Notices

This 25th Day of July 2018 A.D.

TROUTMAN SANDERS
875 THIRD AVE, STE 1700
ATTN: ANDREW BUCK
NEW YORK, NY 10022

## NOTICE OF PUBLIC AUCTION PURSUANT TO THE UNIFORM COMMERCIAL CODE OF ILLINOIS OF CHICAGO TAXICAB MEDALLIONS

In accordance with the Uniform Commercial Code as adopted in the State of Illinois, Capital One Equipment Finance Corp., f/k/a All Points Capital Corp., d/b/a Capital One Taxi Medallion Finance ("COTMF"), will sell at public auctions the following Chicago Taxi Medallions (collectively, the "Medallions"), which are property of certain debtors:

**Medallion Numbers**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 195TX | 202TX | 198TX | 203TX | 5213TX | 2278TX | 5097TX | 5747TX | 5743TX | 5946TX |
| 2969TX | 2966TX | 2965TX | 2963TX | 4071TX | 4121TX | 4137TX | 4286TX | 1945TX | 4364TX |
| 4463TX | 4475TX | 4528TX | 3745TX | 3774TX | 3786TX | 3840TX | 213TX | 216TX | 218TX |
| 221TX | 1291TX | 1273TX | 1262TX | 1230TX | 17TX | 47TX | 6832TX | 6831TX | 6823TX |
| 6120TX | 4712TX | 4720TX | 4723TX | 4740TX | 4757TX | 4760TX | 116TX | 1859TX | 2210TX |
| 1684TX | 2826TX | 4848TX | 4859TX | 4870TX | 4880TX | 4855TX | 78TX | 94TX | 1925TX |
| 2824TX | 3942TX | 4862TX | 6334TX | 6469TX | 4402TX | 3525TX | 1847TX | 967TX | 15TX |
| 4895TX | 4905TX | 4907TX | 4913TX | 4821TX | 6607TX | 4389TX | 4841TX | 2346TX | 1949TX |
| 1907TX | 1683TX | 1632TX | 1106TX | 2550TX | 6607TX | 6608TX | 6609TX | 6610TX | 6611TX |
| 6612TX | 6613TX | 6614TX | 6615TX | 6616TX | 6267TX | 6279TX | 6220TX | 6208TX | 5414TX |
| 1128TX | 2848TX | 3454TX | 3678TX | 3700TX | 5795TX | 6014TX | 1535TX | 1550TX | 1589TX |
| 1599TX | 6461TX | 5756TX | 5313TX | 2460TX | 3688TX | 2080TX | 2053TX | 2027TX | 2645TX |
| 2775TX | 3027TX | 3403TX | 4439TX | 5461TX | 859TX | 884TX | 911TX | 955TX | 4790TX |
| 4792TX | 4798TX | 4803TX | 4818TX | 1641TX | 2394TX | 2968TX | 3006TX | 1207TX | 1189TX |
| 1174TX | 1169TX | 1717TX | 1784TX | 1805TX | 1832TX | 1849TX | 1866TX | 1867TX | 1870TX |
| 1910TX | 1938TX | 1951TX | 5956TX | 5955TX | 5953TX | 2871TX | 1075TX | 842TX | 4764TX |
| 4114TX | 6318TX | 2273TX | 1793TX | 1491TX | 1275TX | 1164TX | 915TX | 6230TX | 6122TX |
| 5625TX | 3421TX | 4029TX | 4537TX | 4656TX | 4705TX | 2276TX | 1561TX | 1650TX | 2793TX |
| 3615TX | 4933TX | 1716TX | 124TX | 139TX | 141TX | 175TX | 286TX | 4769TX | 4775TX |
| 4778TX | 4782TX | 2555TX | 2556TX | 2557TX | 2149TX | 1970TX | 622TX | 1952TX | 1653TX |
| 886TX | 4949TX | 4946TX | 4936TX | 4935TX | 4923TX | 6816TX | 6820TX | 2718TX | 2975TX |
| 3232TX | 4470TX | 4535TX | 6287TX | 170TX | 302TX | | | | |

1. **Time and Place of Auction:** The auctions will commence on August 9, 2018 at 10:30 a.m., prevailing Central Time (the "Auctions") in the Michigan II Room at 1 North Wacker Drive, Suite 2905, Chicago, Illinois 60606. Persons wishing to attend the Auctions must contact Andrew Buck (email: andrew.buck@troutman.com; tel: (212) 704-6248) of Troutman Sanders LLP at least two (2) business days prior to the first-scheduled Auction time for admission into the building. Each bidder must present valid photo identification prior to entry into the auction. COTMF reserves the right to postpone or cancel some or all of the Auctions.

2. **Terms of Sale:** Prior to entry into the Auctions, each bidder will be required to execute an acknowledgement of the terms of sale, which include, among other terms (a) a requirement that, in COTMF's discretion, each bidder must submit proof of its financial wherewithal and qualifications to acquire one or more of the Medallions; (b) any successful bidder shall be required to deposit a sum equal to ten percent (10%) of the price bid by such bidder prior to the conclusion of the Auctions; and (c) any prevailing bidder must close by 5:00 p.m. prevailing Eastern Time on the forty-fifth (45th) day after the conclusion of the Auction or at such other time as may be agreed by COTMF and such bidder. The complete terms of sale are available upon request delivered to Counsel. COTMF reserves the right to alter the terms of sale at any time.

3. **Determination and Acceptance of Winning Bids:** COTMF shall determine which bids, or combination thereof, are the highest or best bid for the Medallions. COTMF reserves the rights to (a) bid all or a portion of its claim(s) against the owner(s) of the Medallions at the Auction without cash or Deposit as required of other bidders; (b) alter the terms of payment; (c) abandon or elect not to dispose of certain Collateral; and/or (d) reject all bids.

The Collateral being auctioned is being sold "AS IS", "WITH ALL FAULTS" and "WITHOUT REPRESENTATION OR WARRANTY OF ANY KIND." There is no warranty relating to title, possession, quiet enjoyment, or the like in this disposition.

7/25/18 #1065562